THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jacques
 Jefferson, Appellant.
 
 
 

Appeal From Charleston County
 Paul M. Burch, Circuit Court Judge
Unpublished Opinion No. 2009-UP-225
Submitted May 1, 2009  Filed May 27, 2009
AFFIRMED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Assistant Attorney General Deborah R. J. Shupe, all of Columbia;
 and  Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: Jacques Jefferson appeals his conviction and sentences
 for second-degree burglary, grand larceny, and possession of tools of crime. 
 On appeal, Jefferson argues the trial court erred in denying his motion to
 quash the indictments.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Evans v.
 State, 363 S.C. 495, 514, 611 S.E.2d 510, 520 (2005) (stating after a
 defendant obtains the requested information, the burden is on the defendant to
 prove facts upon which a challenge to the legality of the grand jury or its
 proceedings is predicated); State v. Anderson, 312 S.C. 185, 187, 439
 S.E.2d 835, 836 (1993) (holding prosecutors are prohibited from appearing
 as the sole witness before the grand jury); Weathers v. State, 319 S.C.
 59, 459 S.E.2d 838 (1995) (regularity of proceedings in general sessions court
 is presumed); State v. James, 321 S.C. 75, 79, 472 S.E.2d 38, 40 (Ct.
 App. 1996) (explaining absent evidence to the contrary, the regularity and
 legality of proceedings before a grand jury is presumed).
AFFIRMED.
HEARN,
 C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.